NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH P. BEYERS,**
*Petitioner,*

**v.**

**DEPARTMENT OF STATE,**
*Respondent.*

---

2014-3096

---

Petition for review of the Merit Systems Protection Board in No. DC-4324-11-0661-I-4.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kenneth P. Beyers' USERRA Notification Form,

IT IS ORDERED THAT:

Beyers is not required to pay the filing fee for this appeal.

2                                         BEYERS v. STATE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24